**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DAVID A. TAYLOR (Cal. Bar No. 247433)
(dtaylor@kbkllp.com)
THOMAS B. RUPP (Cal. Bar No. 278041)
(trupp@kbkllp.com)
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

The following constitutes the order of the Court.
Signed: January 8, 2026

_____
Charles Novack
U.S. Bankruptcy Judge

*Attorneys for Debtor and Debtor in Possession Home Tax Service of America, Inc.*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>LEFEVER MATTSON, a California corporation, *et al.*,[1]<br><br>Debtors. | Case No. 24−10545 (CN) (Lead Case)<br>(Jointly Administered)<br>Adversary Proceeding No. 25-01025<br>Chapter 11 |
| Estate of BRAD DRIVER, by and through the Personal Representative and Administrator of his estate, MARIAH DRIVER,<br><br>Plaintiffs,<br><br>vs.<br><br>SETH PETER WELLISCH; and DOES 1-20, inclusive,<br><br>Defendants. | **ORDER ON STIPULATION TO RESET HEARING AND BRIEFING SCHEDULES ON PLAINTIFFS' MOTION TO REMAND AND DEFENDANT'S MOTION FOR MORE DEFINITE STATEMENT**<br><br>Motion to Remand<br>Date: February 20, 2026<br>Time: 11:00 a.m.<br>Location: Courtroom 215<br>Judge: Hon. Charles Novack<br><br>Motion for More Definite Statement<br>Date: March 27, 2026<br>Time: 11:00 a.m.<br>Location: Courtroom 215<br>Judge: Hon. Charles Novack |

---

[1] The last four digits of LeFever Mattson's tax identification number are 7537. The last four digits of the tax identification number for KS Mattson Partners, LP ("KSMP") are 5060. KSMP's address for service is c/o Stapleton Group, 514 Via de la Valle, Solana Beach, CA 92075. The address for service on LeFever Mattson and all other Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM.

The Court, having reviewed the parties' *Stipulation to Reset Hearing and Briefing Schedules on Plaintiffs' Motion to Remand and Defendant's Motion for More Definite Statement* (the "Stipulation"), and good cause appearing, hereby orders as follows:

1. The Stipulation is approved.

2. The hearing on the *Motion for Remand and Opposition to Notice of Removal* (the "Motion for Remand") [Dkt. No. 11] is reset from January 23, 2026, to February 20, 2026.

3. The new deadline for Debtor and Debtor in Possession Home Tax Service of America, Inc. to respond to the Motion for Remand is February 6, 2026.

4. The new deadline for the Estate of Brad Driver, by and through the Personal Representative and Administrator of his estate, Mariah Driver, (collectively, "Plaintiffs") to reply in support of the Motion for Remand is February 13, 2026.

5. The hearing on *Seth Peter Wellisch's Motion for More Definite Statement* ("Mr. Wellisch," and the "Motion for More Definite Statement") [Dkt. No. 16] is reset from February 20, 2026, to March 27, 2026.

6. The new deadline for Plaintiffs to respond to the Motion for More Definite Statement is March 13, 2026.

7. The new deadline for Mr. Wellisch to reply in support of the Motion for More Definite Statement is March 20, 2026.

*** END OF ORDER ***

Case: 25-01025   Doc# 32   Filed: 01/08/26   Entered: 01/09/26 20:17:59   Page 2 of 3

**Court Service List**

*All ECF participants.*

Keller Benvenutti Kim LLP
101 Montgomery Street, Suite 1950
San Francisco, California 94104