Entered on Docket
June 16, 2026
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: June 16, 2026

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>LEFEVER MATTSON, a California corporation,<br><br>Debtor. | Case No. 24-10545 HLB<br><br>Chapter 11 |
| ESTATE OF BRAD DRIVER and MARIAH DRIVER,<br><br>Plaintiffs,<br>v.<br><br>SETH PETER WELLISCH,<br><br>Defendant. | Adv. Proc. No. 25-01025 HLB |

**ORDER OF DISMISSAL**

This proceeding came before the court on May 11, 2026 for a continued hearing on a Motion for Remand and Opposition to Notice of Removal filed by Plaintiffs Estate of Brad Driver and Mariah Driver.[1] The Motion drew opposition from Debtor/Interested Party Home Tax Service of America, Inc. dba LeFever Mattson Property

[1] Dkt. 11 (the "Motion").



Case: 25-01025 Doc# 56 Filed: 06/16/26 Entered: 06/16/26 11:54:04 Page 1 of 3

Management;[2] Plaintiffs replied.[3] Appearances were as noted on the record.

For the reasons stated on the record, this proceeding is hereby **ORDERED DISMISSED.**

****END OF ORDER****

[2] Dkt. 35.

[3] Dkt. 46.



Case: 25-01025 Doc# 56 Filed: 06/16/26 Entered: 06/16/26 11:54:04 Page 2 of 3

**Court Service List**

[None]